

Gibney,
Anthony &
Flaherty, LLP
Attorneys at Law

665 FIFTH AVENUE
NEW YORK, NY 10022-5305
212.688.5151
212.688.8315 FAX
www.gibney.com

MATTHEW W. CARLIN
212.705.9806 DIRECT
mwcarlin@gibney.com

October 22, 2007

*Electronically Filed*

Hon. Naomi R. Buchwald
United States Courthouse
Southern District of New York
500 Pearl Street, Rm 2270
New York, NY 10007

      Re:   <u>Rolex Watch U.S.A., Inc. v. World Time of New York and Mahesh</u>
                  <u>Gupta, 07 CIV 6814</u>

Dear Judge Buchwald:

     We are writing to inform Your Honor that the parties in the above-referenced action have agreed to settlement terms and are currently in the process of drafting settlement documents.

     We, therefore, request that the conference scheduled for October 24, 2007 be adjourned.

     Please contact the undersigned if you have any questions.

                        Very truly yours,

                        Matthew W. Carlin

cc:   Daniel Gotlin, Counsel for Defendants (via email)
      Brian W. Brokate
      John Macaluso

ASSOCIATED OFFICES  GROS & WALTENSPUHL 9, RUE BEAUREGARD CH-1204 GENEVA, SWITZERLAND TEL +41 22.311.3833
GROS & WALTENSPUHL STOCKERSTRASSE 12 CH-8002 ZURICH, SWITZERLAND TEL +41 1.286.9090
MAGRATH & CO 52/54 MADDOX STREET LONDON W1S 1PA UNITED KINGDOM TEL +44 207.495.3003